

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                         **ORDER**
    - v. -                           :
                                         16 Mag. 2263
HAMLET PERALTA,                     :

               Defendant.    :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Russell Capone;

It is found that the Complaint in the above-captioned action, 16 Mag. 2263, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Complaint, 16 Mag. 2263, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           April 8, 2016

                                      _____
                                      THE HONORABLE DEBRA FREEMAN
                                      UNITED STATES MAGISTRATE JUDGE